**\*E-FILED 10/10/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRANDON GARDNER, | No. C 08-04629 RS |
| Plaintiff, | |
| v. | ORDER TRANSFERRING ACTION |
| ELECTRONIC ARTS, INC., | |
| Defendant. | |

Pursuant to Local Civil Rule 3-2(c), a civil action "arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated." Rule 3-2(d) provides that civil actions arising in the counties of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Napa, San Francisco, San Mateo or Sonoma are to be assigned to the San Francisco or Oakland division of this court. Further, when a judge of this court finds that a civil action has not been "assigned to the proper division within this district in accordance with this rule," the judge may transfer the action to the appropriate venue. Civ. Rule 3(f).

This action arises in San Mateo County and so should be reassigned to the San Francisco or Oakland division. This action is therefore TRANSFERRED for reassignment in accordance with

///

ORDER TRANSFERRING CASE

1  Civil Rule 3(d).
2      IT IS SO ORDERED.
3  DATED:    10/10/08

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

Alan Himmelfarb Consumerlaw1@earthlink.net

Scott A Kamber skamber@kolaw.com, drubin@kolaw.com

Dated:

        /s/ BAK
Chambers of Magistrate Judge Richard Seeborg