Alan Himmelfarb
KamberEdelson, LLC
2757 Leonis Blvd.
Vernon, California 90058-2304
Telephone: (323) 585-8696
ahimmelfarb@kamberedelson.com

Scott A. Kamber
KamberEdelson, LLC
11 Broadway, 22nd Floor.
New York, NY. 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kamberedelson.com

Attorneys for Plaintiff Brandon Gardner

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

C-08-4629-SC

| | |
|---|---|
| Brandon Gardner, an individual, on behalf of himself and all others similarly situated, | ) ) ) CASE No. ~~CV 08-0462~~ SC |
| Plaintiff, | ) ) **NOTICE OF VOLUNTARY** |
| v. | ) **DISMISSAL WITHOUT PREJUDICE** ) **PURSUANT TO FEDERAL RULE OF** |
| Electronic Arts, Inc., a Delaware corporation, and DOES 1-75 | ) **CIVIL PROCEDURE 41(a)(1)(i)** ) ) |
| Defendants. | ) ) |

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiffs hereby dismiss the above-captioned case without prejudice.

DATED this 18th day of November, 2008.

_____/s/_____
By:   Alan Himmelfarb

Alan Himmelfarb
KamberEdelson, LLC
2757 Leonis Blvd
Vernon, California 90058-2304
Telephone: (323) 585-8696
ahimmelfarb@kamberedelson.com

Scott A. Kamber
KamberEdelson, LLC
11 Broadway, 22nd Floor.
New York, NY. 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kamberedelson.com

Oren Giskan
Giskan & Solotaroff
11 Broadway, Suite 2150
New York, New York 10004
Telephone: (212) 847-8315

Voluntary Dismissal Without Prejudice